May Term,
1858.

JORDAN
v.
MOORE.

*J. P. Usher* and *W. H. Mallory,* for the appellant. (1).

(1) Counsel cited 2 Whitaker's Practice, p. 78, and cases cited; *The People* v. *The Superior Court of New York,* 10 Wend. 285 to 297; 2 R. S. p. 48, § 99.

---

### JORDAN v. MOORE.

Wednesday,
June 16.

APPEAL from the *Hendricks* Circuit Court.

*Per Curiam.* — Suit to recover the value of a horse, &c.

The complaint contains two paragraphs—one alleging that the parties swapped horses on *Sunday*, the other alleging a swap and fraud therein. The complaint alleges a tender back of the animal received by the plaintiff.

May Term,
1858.

The cause was tried by the Court. Judgment for the plaintiff. The evidence is not upon the record.

There is no question before this Court. We do not know upon which paragraph of the complaint the Court found.

It is probable that the Court would leave parties who had exchanged horses on *Sunday* where it found them— both being equally wrong.

The judgment is affirmed, with 10 per cent. damages and costs.

*J. M. Gregg* and *H. C. Newcomb*, for the appellant.

*C. C. Nave*, for the appellee.